UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-762-F

| WELLS FARGO BANK, N.A., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| JOYNER MARINA, LLC, JOYNER | ) | |
| REAL ESTATE HOLDINGS, LLC, | ) | |
| BARNEY G. JOYNER FAMILY TRUST | ) | |
| and DAVID L. JOYNER, | | |
| Defendants. | ) | |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 30th day of December, 2011.

JAMES C. FOX
Senior United States District Judge