UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:11-CV-762

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOYNER MARINA, LLC, JOYNER REAL ESTATE HOLDINGS, LLC, BARNEY G. JOYNER FAMILY TRUST and DAVID L. JOYNER, | ) ) ) ) |
| | ) |
| Defendants. | ) |

DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A
DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Civil Rule 7.3, Joyner Marina, LLC makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    Yes ☐             No ☑

2. Does party have any parent corporations?

    Yes ☐             No ☑

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    Yes ☐             No ☑

    If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has direct financial interest in the outcome of the litigation (Local Civil Rule 7.3)

   Yes ☐ No ☑

5. Is party a trade association?

   Yes ☐ No ☑

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

   Yes ☐ No ☐

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: n/a

This the 14th day of February, 2012.

/s/Dirk W. Siegmund
Dirk W. Siegmund
NCSB No. 20796
Ivey, McClellan, Gatton & Talcott, LLP
P.O. Box 3324
Greensboro, NC 27402
Telephone: (336) 274-4658
Facsimile: (336) 274-4540

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service.

This the 14th day of February, 2012.

/s/Dirk W. Siegmund
Dirk W. Siegmund
NCSB No. 20796
Ivey, McClellan, Gatton & Talcott, LLP
P.O. Box 3324
Greensboro, NC 27402
Telephone: (336) 274-4658
Facsimile: (336) 274-4540