IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:11-CV-762

> **Motion GRANTED.**
>
> This the 26 day of April, 2013.
>
> /s/Louise W. Flanagan, U.S. District Judge

WELLS FARGO BANK, N.A.

    Plaintiff,

vs.

JOYNER MARINA, LLC, JOYNER
REAL ESTATE HOLDINGS, LLC,
BARNEY G. JOYNER FAMILY TRUST
and DAVID L. JOYNER,

    Defendants.

**THIRD JOINT STATUS REPORT**

Plaintiff Wells Fargo Bank, N.A., successor in interest to Wachovia Bank, National Association and Defendants Joyner Marina, LLC, Joyner Real Estate Holdings, LLC, Barney G. Joyner Family Trust and David L. Joyner, by and through undersigned counsel, submit this Third Joint Status Report.

1. Plaintiff filed a Motion for Summary Judgment on November 30, 2012, and Defendants filed a Response to Plaintiff's Motion for Summary Judgment on December 20, 2012.

2. The Court issued a Notice on January 15, 2013 setting a hearing on the Plaintiff's Motion for Summary Judgment for February 8, 2013.

3. The parties conducted a Mediated Settlement Conference on January 23, 2013 with Mediator Gerald A. Jeutter, Jr. The mediation was held open to allow the parties to exchange certain documents and to continue to pursue settlement discussions.