UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:11-CV-762 -FL

WELLS FARGO BANK, N.A.

Plaintiff,

vs.

JOYNER MARINA, LLC, JOYNER
REAL ESTATE HOLDINGS, LLC,
BARNEY G. JOYNER FAMILY TRUST
and DAVID L. JOYNER,

Defendants.

## ORDER REGARDING FIFTH STATUS REPORT

Upon consideration of Plaintiff Wells Fargo Bank, N.A. and Defendants Joyner Marina, LLC, Joyner Real Estate Holdings, LLC, Barney G. Joyner Family Trust and David L. Joyner's Fifth Status Report and request for stay of this proceeding an additional four weeks through and including July 10, 2013 to receive and review the appraisal and environmental reports on the three additional parcels, execute settlement documents and file the Stipulation of Dismissal, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

The parties have through and including July 10, 2013 to receive and review the appraisal and environmental reports on the three additional parcels, execute settlement documents and file the Stipulation of Dismissal.

This the 18TH day of June, 2013

_____