UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:11-CV-762-FL

WELLS FARGO BANK, N.A.

Plaintiff,

vs.

JOYNER MARINA, LLC, JOYNER REAL ESTATE HOLDINGS, LLC, BARNEY G. JOYNER FAMILY TRUST and DAVID L. JOYNER,

Defendants.

## ORDER REGARDING SIXTH STATUS REPORT

Upon consideration of Plaintiff Wells Fargo Bank, N.A. and Defendants Joyner Marina, LLC, Joyner Real Estate Holdings, LLC, Barney G. Joyner Family Trust and David L. Joyner's Sixth Status Report and request for stay of this proceeding an additional four weeks through and including July 31, 2013 to receive and review the appraisal and environmental reports on the three additional parcels, execute settlement documents and file the Stipulation of Dismissal, it is hereby **ORDERED, ADJUDGED AND DECREED THAT:**

The parties have through and including July 31, 2013 to receive and review the appraisal and environmental reports on the three additional parcels, execute settlement documents and file the Stipulation of Dismissal.

This the 16TH day of July, 2013

_____
Louise W. Flanagan
U.S. District Court Judge